UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

AT LAW AND IN ADMIRALTY

SHIRLEY RILEY,

Plaintiff,

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINES,

Defendant,
_______________________________/

**PLAINTIFF'S NOTICE OF COMPLIANCE**

Plaintiff, Shirley Riley, by and through her undersigned counsel and pursuant to the Court's Order [DE 8], files this Notice of Compliance, as follows:

1. The undersigned has forwarded a copy of the Court's Order Requiring Parties to Meet and File Joint Scheduling Report and Proposed Order and Directing Parties to File Certificates of Interested Parties, to Defendant.

Respectfully submitted,

*s/ Bjørg Eikeland*
Bjørg Eikeland (FBN 37005)
beikeland@hickeylawfirm.com
Hickey Law Firm, P.A.
1401 Brickell Avenue, Suite 510
Miami, FL 33131-3504
Telephone: (305) 371-8000
Facsimile: (305) 371-3542
*Attorneys for the Plaintiffs*

CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 24th day of March, 2015. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

*s/ Bjørg Eikeland*
Bjørg Eikeland (FBN 37005)

**SERVICE LIST**

RILEY v. CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES
CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

| | |
|---|---|
| John H. Hickey, Esq. (FBN 305081)<br>hickey@hickeylawfirm.com<br>Bjorg Eikeland, Esq. (FBN 37005)<br>beikeland@hickeylawfirm.com<br>Hickey Law Firm, P.A.<br>1401 Brickell Avenue, Suite 510<br>Miami, FL 33131-3504<br>Tel. (305) 371-8000<br>Fax (305) 371-3542<br>*Attorneys for Plaintiff* | Jennifer Hernandez, Esq. (FBN 85961)<br>jhernandez@maselara.com<br>Masa, Lara, P.A.<br>Attorneys for Defendant, Carnival Corporation<br>2601 South Bayshore Drive, Suite 800<br>Miami, FL 33133<br>Tel.: (305) 377-3770<br>Fax: (305) 377-0080<br>*Attorneys for Defendant*<br>*Service by Notice of Electronic Filing* |