UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

AT LAW AND IN ADMIRALTY

SHIRLEY RILEY,

    Plaintiff,

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINES,

    Defendant,
_____/

### PLAINTIFF'S NOTICE OF HEARING REGARDING DISCOVERY DISPUTE

The Plaintiff, Shirley Riley, pursuant to U.S. Magistrate Judge Jonathan Goodman's discovery procedures hereby gives notice of a hearing which will take place on **September 11, 2015, at 3:30p.m.**, in the Miami Division, James Lawrence King Federal Justice Building, 99 NE Fourth Street, Room 1168, Miami, FL 33132, before United States Magistrate Judge Jonathan Goodman, regarding the following matters:

1. Motion to compel Defendant's response to Plaintiff's Second Request for Production No. 1. and 3.

### BACKGROUND REGARDING DISCOVERY DISPUTE

2. This case is set for the two week period beginning November 30, 2015. [DE 19]

3. Discovery cut off is September 16, 2015. [DE 19]

1

CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

4.On June 26, 2015, the Plaintiff propounded a Second Request for Production on the Defendant. Defendant served its Response to Plaintiff's Second Request for Production on July 27, 2015.

5.On August 6, 2015 the parties conducted a discovery conference and agreed on the scope for documents to be produced in response to the Plaintiff's Second Request for Production Documents Nos. 1 and 3, in seven (7) days from the time of the discovery conference on August 6, 2015 (due date of August 13, 2015).

6.As of the time of filing this motion, the Defendant has not produced supplemental documents pursuant to the parties' agreement. Hence, the Plaintiff moves to compel production of same.

7.Copies of the e-mail confirming agreement regarding the Plaintiff's Second Request for Production Documents Nos. 1 and 3 and Carnival's initial response to Plaintiff's Second Request for Production Documents will be provided to this Court pursuant to this Court's procedures.

LOCAL RULE 7.1 CERTIFICATE OF GOOD-FAITH CONFERENCE

The undersigned conferred Mason Kerns, Esq. via telephone on August 6, 2015 in order to resolve the discovery issues. The parties came to an agreement, however, the documents have not been produced within the time frame agreed upon. Additionally, the undersigned emailed opposing counsel on August 14, 2015 advising counsel that documents pursuant to our agreement had not been received and that a motion to compel will have to be filed. No documents were received as a result of the reminder and opposing counsel agreed on a hearing date for September 11, 2015. Additionally, the undersigned reached out to opposing counsel today, August 18, 2015 who states

CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

that they are trying to get the documents but that it is still uncertain when the documents can be produced.

.

Respectfully submitted,

  s/Bjørg Eikeland
Bjørg Eikeland, Esq. (FBN 37005)
beikeland@hickeylawfirm.com
Hickey Law Firm, P.A.
1401 Brickell Avenue, Suite 510
Miami, FL  33131-3504
Tel. (305) 371-8000
Fax (305) 371-3542
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

We hereby certify that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 18th day of August, 2015.  We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

  s/ Bjørg Eikeland
Bjørg Eikeland (FBN 37005)

CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

## SERVICE LIST

RILEY v. CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES
CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

| | |
|---|---|
| John H. Hickey, Esq. (FBN 305081)<br>hickey@hickeylawfirm.com<br>Bjørg Eikeland, Esq. (FBN 37005)<br>beikeland@hickeylawfirm.com<br>Hickey Law Firm, P.A.<br>1401 Brickell Avenue, Suite 510<br>Miami, FL 33131-3504<br>Tel. (305) 371-8000<br>Fax (305) 371-3542<br>*Attorneys for Plaintiff* | Scott P. Mebane, Esq. (FBN 273030)<br>smebane@maselara.com<br>Mason Kerns, Esq. (FBN 91754)<br>mkerns@maselara.com<br>mnorona@maselara.com<br>ctoth@maselara.com<br>filing@maselara.com<br>Masa, Lara, P.A.<br>2601 South Bayshore Drive, Suite 800<br>Miami, FL 33133<br>Tel.: (305) 377-3770<br>Fax: (305) 377-0080<br>*Attorneys for Defendant*<br>*Service by Notice of Electronic Filing* |