UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

AT LAW AND IN ADMIRALTY

SHIRLEY RILEY,

    Plaintiff,

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINES,

    Defendant,
_____/

## PLAINTIFF'S RE-NOTICE OF HEARING REGARDING DISCOVERY DISPUTE[1]

The Plaintiff, Shirley Riley, pursuant to U.S. Magistrate Judge Jonathan Goodman's discovery procedures hereby gives notice of a hearing which will take place on **September 11, 2015, at 3:30p.m.**, in the Miami Division, James Lawrence King Federal Justice Building, 99 NE Fourth Street, Room 1168, Miami, FL 33132, before United States Magistrate Judge Jonathan Goodman, regarding the following matters:

1. Motion to compel Defendant to produce video responsive to Plaintiff's Third Request for Production No. 2. Defendant has objected to the production on the basis that the video is not reasonably calculated to lead to admissible evidence. The Plaintiff disagrees.

---

[1] Defendant's Response to Plaintiff's Second Request for Production No.1 and 3 were previously noticed for hearing on September 11, 2015. [D.E. 29]. The parties have resolved these issues. The re-notice pertains to an unresolved dispute regarding Defendant's Response to Plaintiff's Third Request for Production No. 2.

1

CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

BACKGROUND REGARDING DISCOVERY DISPUTE

2. This case is set for the two week period beginning November 30, 2015. [DE 19]

3. Discovery cut off is September 16, 2015. [DE 19]

4. On July 22, 2015, the Plaintiff propounded a Third Request for Production on the Defendant. Defendant served its Response to Plaintiff's Third Request for Production on August 21, 2015. (Copies of the e-mail confirming agreement regarding the Plaintiff's Third Request for Production No. 2 and Carnival's initial Response to Plaintiff's Third Request for Production will be provided to this Court pursuant to this Court's procedures.)

5. The parties have conferred regarding Defendant's objection to Plaintiff's Third Request for Production No. 2. Specifically, the undersigned and counsel for Carnival, Mason Kerns communicated via email on August 30, 2015, August 31, 2015, and September 1, 2015. The parties agreed on an extension for the Defendant to provide their position, or responsive documents, with regard to their objection to the Plaintiff's Third Request for Production No. 2, in seven (7) days from the time of the discovery conference on August 30, 2015 (due date of September 7, 2015).

6. Today, September 8, 2015 the undersigned and counsel for Carnival, Mason Kerns, discussed the matter via telephone and were unable to come to an agreement.

CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

LOCAL RULE 7.1 CERTIFICATE OF GOOD-FAITH CONFERENCE

As specified in paragraphs nos. 5 and 6 above, counsel for the Plaintiff and the Defendant have conferred in good faith to resolve the discovery issue noticed for hearing herein and have been unable to reach an agreement.

Respectfully submitted,

.
 s/Bjørg Eikeland
Bjørg Eikeland, Esq. (FBN 37005)
beikeland@hickeylawfirm.com
Hickey Law Firm, P.A.
1401 Brickell Avenue, Suite 510
Miami, FL  33131-3504
Tel. (305) 371-8000
Fax (305) 371-3542
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

We hereby certify that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 8th day of September, 2015.  We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

 s/ Bjørg Eikeland
Bjørg Eikeland (FBN 37005)

CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

## **SERVICE LIST**

RILEY v. CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES
CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

| | |
|---|---|
| John H. Hickey, Esq. (FBN 305081) <br> hickey@hickeylawfirm.com <br> Bjørg Eikeland, Esq. (FBN 37005) <br> beikeland@hickeylawfirm.com <br> Hickey Law Firm, P.A. <br> 1401 Brickell Avenue, Suite 510 <br> Miami, FL  33131-3504 <br> Tel. (305) 371-8000 <br> Fax (305) 371-3542 <br> *Attorneys for Plaintiff* | Scott P. Mebane, Esq. (FBN 273030) <br> smebane@maselara.com <br> Mason Kerns, Esq. (FBN 91754) <br> mkerns@maselara.com <br> mnorona@maselara.com <br> ctoth@maselara.com <br> filing@maselara.com <br> Masa, Lara, P.A. <br> 2601 South Bayshore Drive, Suite 800 <br> Miami, FL  33133 <br> Tel.: (305) 377-3770 <br> Fax: (305) 377-0080 <br> *Attorneys for Defendant* <br> *Service by Notice of Electronic Filing* |