UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-20807-JEM

SHIRLEY RILEY,

    Plaintiff,

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINES,

    Defendant,
_____/

### NOTICE OF FILING STATUS REPORT ON PENDING DISCOVERY MOTIONS IN COMPLIANCE WITH [DE 19]

The Plaintiff, SHIRLEY RILEY, hereby gives Notice of Filing the following Status Report on Pending Discovery Motions pursuant to Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge [D.E. 19].

1. At the time of filing this notice, one discovery motion is pending before the Court. [D.E. 32] Specifically, Plaintiff's Motion to Compel Defendant's Response to Plaintiff's Third Request for Production No. 2, has been set for hearing before United States Magistrate Judge Jonathan Goodman on September 11, 2015 at 3:30 p.m.

    Respectfully submitted,

    *s/ Bjørg Eikeland*
    Bjørg Eikeland (FBN 37005)
    beikeland@hickeylawfirm.com
    Hickey Law Firm, P.A.
    1401 Brickell Avenue, Suite 510
    Miami, FL  33131-3504
    Telephone: (305) 371-8000
    Facsimile: (305) 371-3542
    *Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

   We hereby certify that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 8th day of September, 2015. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

                *s/ Bjørg Eikeland*
                Bjorg Eikeland (FBN 37005)

## SERVICE LIST

RILEY v. CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES
CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

| | |
|---|---|
| John H. Hickey, Esq. (FBN 305081) <br> hickey@hickeylawfirm.com <br> Bjørg Eikeland, Esq. (FBN 37005) <br> beikeland@hickeylawfirm.com <br> Hickey Law Firm, P.A. <br> 1401 Brickell Avenue, Suite 510 <br> Miami, FL 33131-3504 <br> Tel. (305) 371-8000 <br> Fax (305) 371-3542 <br> *Attorneys for Plaintiff* | Scott P. Mebane, Esq. (FBN 273030) <br> smebane@maselara.com <br> Mason Kerns, Esq. (FBN 91754) <br> mkerns@maselara.com <br> filing@maselara.com <br> mnorona@maselara.com <br> Masa, Lara, P.A. <br> 2601 South Bayshore Drive, Suite 800 <br> Miami, FL 33133 <br> Tel.: (305) 377-3770 <br> Fax: (305) 377-0080 <br> *Attorneys for Defendant* <br> *Service by Notice of Electronic Filing* |