UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

AT LAW AND IN ADMIRALTY

SHIRLEY RILEY,

    Plaintiff,

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINES,

    Defendant.
_____/

**UNOPPOSED MOTION FOR A BRIEF EXTENSION OF TIME (THREE DAYS) TO RESPOND TO DEFENDANT'S *DAUBERT* MOTION TO LIMIT THE EXPERT TESTIMONY OF LAWRENCE C. DINOFF**

The Plaintiff, by and through her undersigned counsel, hereby files this Motion for Brief Extension of Time of three additional days from October 5, 2015 to October 8, 2015 to file her Response to the Defendant's *Daubert* Motion to Limit the Expert Testimony of Lawrence C. Dinoff [D.E. 36] and states as follows:

1.    This is a maritime personal injury case arising out of an incident that occurred on the *Carnival Dream* on April 19, 2014. [D.E.1].

2.    Carnival, on the day of the incident allowed a spill of water or similar liquid substance to remain on a large area of the floor of the casino entrance for an extended period of time, despite a passenger's warnings and notice to the onboard cruise lines personnel about the existence of the puddle and spill. As a result of the cruise lines' negligence, passenger Shirley Riley walked onto the subject floor and slipped and fell. As a result of the slip and fall, Riley has suffered serious,

debilitating, and permanent injuries including but not limited to a comminuted fracture of her right elbow requiring surgery for implantation of an artificial elbow joint. [D.E. 1 ¶ 14]

3. This is case is set for trial for the two week trial period commencing November 20, 2015. [D.E. 19]

4. Discovery closed on September 16, 2015 [D.E. 19].

5. On September 21, 2015 the Defendant filed a *Daubert* Motion to Limit the Expert Testimony of Lawrence C. Dinoff [D.E. 36].

6. Pursuant to The Local Rules for the United States District Court for the Southern District of Florida 7.1 (c) the Plaintiff's Response to the Defendant's *Daubert* Motion to Limit the Expert Testimony of Lawrence C. Dinoff [D.E. 36] is due "no later than 14 days after service of the motion" ,i.e. October 5, 2015.

7. The undersigned is abroad (Norway) and will not be returning to the United States until the evening of October 5, 2015 - the day the response is due.

8. The undersigned is in Norway to visit my daughter who resides there and to celebrate my mother's 82nd birthday on October 4, 2015.

9. The undersigned's travel arrangements were made and prepaid on August 21, 2015.

10. The Plaintiff respectfully requests a brief extension of time to respond to the Defendant's *Daubert* motion of three (3) additional days, from October 5, 2015 up to and including October 8, 2015.

11. This motion for extension of time will not affect the trial date or any other deadline set for in this Court's Order Setting Civil Trial Date and Pretrial Schedule [D.E. 19].

12. This motion is made in good faith and not for purposes of delay.

13. Pursuant to Local Rule 7.1, counsel for the Plaintiff has conferred with opposing counsel who does not object to the relief sought.

Dated this 29th day of September, 2015.

Respectfully Submitted,

\_\_\_/s Bjorg Eikeland_____
Bjorg Eikeland, Esq. (FBN 37005)
beikeland@hickeylawfirm.com
John H. Hickey, Esq. (FBN 305081)
hickey@hickeylawfirm.com
Hickey Law Firm, P.A.
1401 Brickell Avenue, Suite 510
Miami, FL  33131
Phone: (305) 371-8000
Fax: (305) 371-3542
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

We hereby certify that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 29th day of September, 2015.  We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

  \_s/ Bjørg Eikeland_____
Bjørg Eikeland (FBN 37005)

## SERVICE LIST

RILEY v. CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES
CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

| | |
|---|---|
| John H. Hickey, Esq. (FBN 305081)<br>hickey@hickeylawfirm.com<br>Bjørg Eikeland, Esq. (FBN 37005)<br>beikeland@hickeylawfirm.com<br>Hickey Law Firm, P.A.<br>1401 Brickell Avenue, Suite 510<br>Miami, FL  33131-3504<br>Tel. (305) 371-8000<br>Fax (305) 371-3542<br>*Attorneys for Plaintiff* | Scott P. Mebane, Esq. (FBN 273030)<br>smebane@maselara.com<br>Mason Kerns, Esq. (FBN 91754)<br>mkerns@maselara.com<br>mnorona@maselara.com<br>ctoth@maselara.com<br>filing@maselara.com<br>Masa, Lara, P.A.<br>2601 South Bayshore Drive, Suite 800<br>Miami, FL  33133<br>Tel.: (305) 377-3770<br>Fax: (305) 377-0080<br>*Attorneys for Defendant*<br>*Service by Notice of Electronic Filing* |