UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

AT LAW AND IN ADMIRALTY

SHIRLEY RILEY,

    Plaintiff,

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINES,

    Defendant.
_____/

**STIPULATION**
**REGARDING EXPERT LAWRENCE C. DINOFF'S TESTIOMONY**

    1. On September 21, 2015, The Defendant, filed its Daubert Motion to Limit The Expert Testimony of Lawrence C. Dinoff (hereinafter referred to as "Dinoff") [D.E. 36].

    2. The parties enter into this Stipulation to amicably resolve the issues raised in the Defendant's Daubert Motion to Limit The Expert Testimony of Lawrence C. Dinoff [D.E. 36].

    3. The parties stipulate and agree that:

    i) Dinoff will not be offered "to testify to the conclusion that Carnival breached the standard of care";

    ii) Dinoff will not be offered "to testify to the conclusion that Carnival acted unreasonably under the circumstances";

    iii) Dinoff will not be offered "to testify to the conclusion that identifying the presence and extent of water on the floor requires a purposeful search from many directions".

1

4. This stipulation moots the Defendant's Daubert Motion to Limit The Expert Testimony of Lawrence C. Dinoff [D.E. 36].

Dated this 7th day of October, 2015.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| ___/s Bjorg Eikeland_____<br>Bjorg Eikeland, Esq. (FBN 37005)<br>beikeland@hickeylawfirm.com<br>John H. Hickey, Esq. (FBN 305081)<br>hickey@hickeylawfirm.com<br>Hickey Law Firm, P.A.<br>1401 Brickell Avenue, Suite 510<br>Miami, FL  33131<br>Phone: (305) 371-8000<br>Fax: (305) 371-3542<br>*Attorneys for the Plaintiff* | ___/s Scott Mebane_____<br>Scott Mebane, Esq. (FBN 273030)<br>smebane@maselara.com<br>Mason Kerns, Esq. (FBN 91754)<br>mkerns@maselara.com<br>Mase Lara, P.A.<br>2601 South Bayshore Drive, Suite 800<br>Miami, FL  33133<br>Phone: (305) 377-3770<br>Fax: (305) 377-0080<br>*Attorneys for the Defendant* |

**CERTIFICATE OF SERVICE**

We hereby certify that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 7th day of October, 2015.  We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

   *s/ Bjørg Eikeland*_____
   Bjørg Eikeland (FBN 37005)

## SERVICE LIST

RILEY v. CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES
CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

| | |
|---|---|
| John H. Hickey, Esq. (FBN 305081)<br>hickey@hickeylawfirm.com<br>Bjørg Eikeland, Esq. (FBN 37005)<br>beikeland@hickeylawfirm.com<br>Hickey Law Firm, P.A.<br>1401 Brickell Avenue, Suite 510<br>Miami, FL  33131-3504<br>Tel. (305) 371-8000<br>Fax (305) 371-3542<br>*Attorneys for Plaintiff* | Scott P. Mebane, Esq. (FBN 273030)<br>smebane@maselara.com<br>Mason Kerns, Esq. (FBN 91754)<br>mkerns@maselara.com<br>mnorona@maselara.com<br>ctoth@maselara.com<br>filing@maselara.com<br>Masa, Lara, P.A.<br>2601 South Bayshore Drive, Suite 800<br>Miami, FL  33133<br>Tel.: (305) 377-3770<br>Fax: (305) 377-0080<br>*Attorneys for Defendant*<br>*Service by Notice of Electronic Filing* |