UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

AT LAW AND IN ADMIRALTY

SHIRLEY RILEY,

Plaintiff,

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINES,

Defendant.
_______________________________/

**PLAINTIFF'S MOTION FOR LEAVE TO ALLOW ELECTRONIC EQUIPMENT INTO TRIAL COURTROOM**

The Plaintiff, by and through her undersigned counsel, pursuant to the United States District Court Southern District of Florida's Administrative Order 2006-16 regarding cellular phone and electronic usage in the Courthouse and states as follows:

1. This case is set for the two week trial period starting Monday, November 30, 2015 [DE 19]. The Plaintiff respectfully requests an Order authorizing the use of the following equipment throughout the duration of the trial:

- AV Cart
- 40" LCD Monitor
- DVD/VHS Playback Deck
- 12" and 19" Auxiliary LCD Monitors
- Auxiliary speaker
- Three laptops and external hard drive
- Multimedia Projector
- Two i-pads
- One portable printer
- AV distribution amps

- Headphones
- Misc. power strips, extensions, AV cables, switchbox, and remotes.

2. Prior to filing this motion, the undersigned conferred with opposing counsel who does not object to the relief sought.

**WHEREFORE,** the Plaintiff moves for leave to allow electronic equipment designated in the motion into the Courtroom during the trial in this case and for other and further relief which the Court deems just and proper.

Submitted this 2nd day of November, 2015 by:

*s/ Bjørg Eikeland*________
Bjorg Eikeland (FBN: 37005)
BEikeland@hickeylawfirm.com
**HICKEY LAW FIRM, P.A.**
1401 Brickell Avenue, Ste. 510
Miami, Florida 33131-3504
Telephone: (305) 371-8000
Facsimile: (305)371-3542)
*Attorney for the Plaintiff, Shirley Riley*

## CERTIFICATE OF SERVICE

We hereby certify that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 2nd day of November, 2015. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

*s/ Bjørg Eikeland*________________
Bjørg Eikeland (FBN 37005)

## SERVICE LIST

RILEY v. CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES
CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

| | |
|---|---|
| John H. Hickey, Esq. (FBN 305081)<br>hickey@hickeylawfirm.com<br>Bjørg Eikeland, Esq. (FBN 37005)<br>beikeland@hickeylawfirm.com<br>Hickey Law Firm, P.A.<br>1401 Brickell Avenue, Suite 510<br>Miami, FL 33131-3504<br>Tel. (305) 371-8000<br>Fax (305) 371-3542<br>*Attorneys for Plaintiff* | Scott P. Mebane, Esq. (FBN 273030)<br>smebane@maselara.com<br>Mason Kerns, Esq. (FBN 91754)<br>mkerns@maselara.com<br>Masa, Lara, P.A.<br>2601 South Bayshore Drive, Suite 800<br>Miami, FL 33133<br>Tel.: (305) 377-3770<br>Fax: (305) 377-0080<br>*Attorneys for Defendant*<br>*Service by Notice of Electronic Filing* |