UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 15-20807-CIV-MARTINEZ-GOODMAN

SHIRLEY RILEY,

    Plaintiff,

vs.

CARNIVAL CORPORATION d/b/a CARNIVAL
CRUISE LINE,

    Defendant.
_____/

## ORDER RESETTING TRIAL AND CERTAIN PRETRIAL DEADLINES

THIS CAUSE came before the Court upon a *sua sponte* review of the record. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. The previous trial date is hereby **CANCELLED**.

2. Trial is rescheduled to commence during the two-week period beginning **Monday, January 25, 2016** before Jose E. Martinez, United States District Judge, 400 N. Miami Avenue, Courtroom 10-1, Miami, Florida. Calendar call will be held on **Thursday, January 21, 2016, at 1:30 p.m.** at the same location.

3. The following pretrial deadlines are reset:

    01-19-2016    Proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law must be filed.

    01-20-2016    Proposed voir dire questions must be filed.

01-21-2016    Deposition designations must be filed.

The Court's Order Setting Civil Trial Date and Pretrial Schedule [ECF No. 19] shall otherwise remain in full force and effect.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of November, 2015.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record