UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

AT LAW AND IN ADMIRALTY

SHIRLEY RILEY,

    Plaintiff,

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINES,

    Defendant,
_____/

**PLAINTIFF'S**
**PROPOSED VOIR DIRE QUESTIONS**

The Plaintiff, Shirley Riley, by and through his undersigned counsel and pursuant to the Court's Order entered in this matter files this list of proposed Voir Dire questions to be presented to prospective jurors at trial. The Plaintiff submits these proposed Voir Dire questions as supplemental or additional questions to the Voir Dire inquiries generally presented by the Court:

1. What radio talk shows do you listen to periodically?

2. What TV talk shows do you look at periodically?

3. Do you get your important news from CNN, Fox Cable, MSNBC, NPR, or other?

4. Briefly tell us about your formal education?

5. If you went to college what was your major?

6. Briefly tell us what work have you done as an adult.

1

7. Have you or any family or friends worked for an insurance company in any capacity? Who and in what capacity?

8. Have you or any family or friends worked for a cruise line? If so, who and in what job?

9. Do you or have you, a relative, loved one or close friend do business with, work for, own stock in, or have any type of relationship with Carnival Cruise Lines?

10. Do you or have you, a relative, loved one or close friend do business with, work for, own stock in, or have any type of relationship with any company which does business with Carnival Cruise Lines?

11. How many of you know anyone who works for Carnival Cruise Lines?

(a) Who is that and what relationship do they have with you?

(b) What does that person do for that company?

12. How many of you have been on a Carnival Cruise Line cruise?

   (a) How many cruises with Carnival?

   (b) When?

   (c) On the Carnival Dream?

   (d) Have you ever been to the Jackpot Casino on the Carnival Dream?

13. Do you have a relative, loved one, or close friend who has suffered from a broken elbow?

(a) How was it caused? Was it in a slip and fall, automobile accident, or something else?

(b) When did the accident happen?

(c) What is your relationship to that person?

(d) Does the person who suffered the broken elbow have any problems, complaints, or limitations now?

14. Do you or any family or friends know about keeping the floor in a casino clean and dry?

15. Do you or have you or a family member ever worked in a casino? If so, in what capacity and for how long?

17. How many of you feel that if a person slips and falls on a cruise ship that that person does not deserve compensation for their injuries no matter what the evidence?

(a) Do we have to overcome those feelings to any degree in order to show you that our case against the organizer of the event is valid?

(b) Even if you try your best to set those feelings aside, is there any chance they still may be there and may have some impact on your verdict.

18. Have you heard about jury verdicts in which millions of dollars were awarded? How do you feel about that? Do you know what injuries the people who receive those verdicts suffered?

19. Do you have an amount in mind beyond which you will not go to compensate my client, regardless of what the evidence shows about how much my client has suffered? What is the figure?

20. How many of you are against bringing back an award for a large sum of money for mental pain and suffering, no matter what the evidence may show?

21. How many of you feel that the pain, suffering, mental anguish, disability, and loss of enjoyment of life of Shirley Riley in the past and for the rest of his life cannot be worth $10 million no matter what the evidence may be about his loss?

22. How many of you have ever been sued?

  (a) Were you a defendant?

  (b) What kind of case?

23. In cases like this, a civil case, the Plaintiff's only burden of proof is to present evidence which is the greater weight. That is a lower burden than the state has in a criminal case. How many of you understand that and can follow the law on that even if it seems like a light burden for the Plaintiff?

24. How many of you think that you can use your common sense to figure out this case?

       BY: *s/Bjorg Eikeland*
       Bjorg Eikeland, Esquire (FBN 37005)
       beikeland@hickeylawfirm.com
       John H. Hickey (FBN: 305081)
       hickey@hickeylawfirm.com
       Hickey Law Firm, P.A.
       1401 Brickell Avenue, Ste. 510
       Miami, Florida 33131-3504
       Telephone: (305) 371-8000
       Facsimile: (305)371-3542
       *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

We hereby certify that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 1st day of February, 2016. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

       Respectfully submitted,

       *s/ Bjørg Eikeland*
       Bjørg Eikeland (FBN 37005)

## SERVICE LIST

RILEY v. CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES
CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

| | |
|---|---|
| John H. Hickey, Esq. (FBN 305081)<br>hickey@hickeylawfirm.com<br>Bjørg Eikeland, Esq. (FBN 37005)<br>beikeland@hickeylawfirm.com<br>Hickey Law Firm, P.A.<br>1401 Brickell Avenue, Suite 510<br>Miami, FL  33131-3504<br>Tel. (305) 371-8000<br>Fax (305) 371-3542<br>*Attorneys for Plaintiff* | Curtis J. Mase, Esq. (FBN 478083)<br>cmase@maselara.com<br>Scott P. Mebane, Esq. (FBN 273030)<br>smebane@maselara.com<br>Mason Kerns, Esq. (FBN 91754)<br>mkerns@maselara.com<br>Masa, Lara, P.A.<br>2601 South Bayshore Drive, Suite 800<br>Miami, FL  33133<br>Tel.: (305) 377-3770<br>Fax: (305) 377-0080<br>*Attorneys for Defendant*<br>*Service by Notice of Electronic Filing* |