UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-20807-Martinez/Goodman

SHIRLEY RILEY,

Plaintiff,

vs.

CARNIVAL CORPORATION, d/b/a
CARNIVAL CRUISE LINES

Defendant.
__________________________________/

**DEFENDANT'S NOTICE OF TRIAL CONFLICT PURSUANT TO LOCAL RULE 16.3 AND IN ACCORDANCE WITH THE RESOLUTION OF THE FLORIDA STATE-FEDERAL COUNCIL REGARDING CALENDAR CONFLICTS BETWEEN STATE AND FEDERAL COURTS**

Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES, INC., by and through its undersigned attorneys, hereby respectfully notifies this Court of the following scheduling conflicts with the trial of this matter scheduled for the two (2) week trial period commencing May 31, 2016 through June 10, 2016 before the Honorable Jose E. Martinez, and further states:

1. On February 1, 2016 Defendant filed a Motion to be Relieved of the First Day of the Trial Term, February 8, 2016 [DE 59]. After consideration of Defendant's Motion, this court entered an Order Resetting Trial [DE 62] to the two (2) week period beginning May 31, 2016.

2. Counsel is also scheduled to start trial during the two (2) week trial period commencing May 31, 2016 through June 10, 2016, in *Golden vs. Carnival Corporation,*

Southern District of Florida Case No. 15-24899-CIV before the Honorable Joan A. Lenard. Trial was set in the *Golden* matter on April 1, 2015.

3. Counsel is also scheduled to start trial during the two (2) week trial period commencing May 31, 2016 through June 10, 2016, in *Vairma vs. Carnival Corporation,* Southern District of Florida Case No. 15-20724-CIV before the Honorable Patricia A. Seitz. Trial was set in the *Vairma* matter on October 1, 2015.

4. Counsel is also scheduled to start trial during the two (2) week trial period commencing May 31, 2016 through June 10, 2016, in *Doe vs. Carnival Corporation,* Southern District of Florida Case No. 15-22872-CIV before the Honorable Ursula Ungaro. Trial was set in the *Doe* matter on October 2, 2015.

5. In all these cases Curtis J. Mase is lead counsel. Mr. Mase cannot arrange for other counsel in his firm to represent the clients' interests in any of these cases. [1]

6. Pursuant to Local Rule 16.3, "calendar conflicts will be resolved and notice shall be given in accordance with the Resolution of the Florida State-Federal Council Regarding Calendar Conflicts Between State and Federal Courts" (hereinafter "Resolution").

7. Said Resolution indicates that the case in which the trial date has been first set should take precedence. Moreover, the Resolution states that "where an attorney is scheduled to appear in two courts – trial or appellate, state or federal – at the same time and cannot arrange for other counsel in his or her firm or in the case to represent his or her clients' interests, the attorney shall give prompt written notice to opposing counsel, the clerk of each court, and the presiding

[1] Additionally, Defendant has filed an Unopposed Motion to Continue Trial. Lead counsel's wife is scheduled for caesarian section on May 27, 2016, requiring a three week recovery period and assistance with newborn child and two year old son.

judge of each case. . . . The judges or their designees shall confer and undertake to avoid the conflict by agreement among themselves . . . [or] conflicts should be promptly resolved . . . in accordance with the above case priorities."

8. The undersigned is willing to confer with opposing counsel and propose to the Court a trial date for this case that is mutually acceptable.

WHEREFORE, Defendant requests this court take notice of this trial conflict.

Respectfully submitted,

MASE LARA P.A.
*Attorneys for Defendant*
2601 South Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone: (305) 377-3770
Facsimile: (305) 377-0080

By: *__/s/ Scott P. Mebane__*
CURTIS J. MASE
Florida Bar No.: 0478083
cmase@maselara.com
SCOTT P. MEBANE
Florida Bar No.: 273030
smebane@maselara.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2016, I served the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

By: *__/s/ Scott P. Mebane__*
SCOTT P. MEBANE

**SERVICE LIST**

*Shirley Riley v. Carnival Corporation*

John H. Hickey, Esq.
Bjorg Eikland, Esq.
Hickley Law Firm, P.A.
1401 Brickell Avenue, Suite 510
Miami, Florida 33131
Tel: (305) 371-8000
Fax: (305) 371-3542
Email: federalcourtfilings@hickeylawfirm.com
Email: beikeland@hickeylawfirm.com
*Attorneys for Plaintiff*

18733/#934



MASELARA
TRIAL LAWYERS