UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 15-20807-CIV-MARTINEZ-GOODMAN**

SHIRLEY RILEY,
Plaintiff,
vs.

CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINE,
Defendant.
_______________________________________/

**ORDER DENYING WITHOUT PREJUDICE MOTIONS IN LIMINE**

THIS CAUSE came before the Court upon Defendant's Motion in Limine to Exclude Testimony (D.E. No. 42) and Plaintiff's Consolidated Motion in Limine (D.E. No. 44). The Court has carefully considered the motions and finds the motions are more properly considered at trial. It is, therefore:

**ORDERED AND ADJUDGED** that

Defendant's Motion in Limine to Exclude Testimony (D.E. No. 42) and Plaintiff's Consolidated Motion in Limine (D.E. No. 44) are hereby **DENIED without prejudice**.

**IT IS FURTHER ORDERED**, that although this Court has denied without prejudice the above-referenced motions in limine, counsel SHALL seek permission of this Court to address such issues, in a sidebar conference or outside of the presence of the jury, prior to addressing such issues, in order to obtain this Court's ruling on the issues. This Court ADVISES counsel to tread lightly around these issues and to exercise an abundance of caution. Failure to comply with this Court's order SHALL result in appropriate sanctions for failure to obey this Court's orders.

DONE AND ORDERED in Chambers at Miami, Florida, this 9 day of August, 2016.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record