UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

SHIRLEY RILEY,

Plaintiff,

vs.

CARNIVAL CORPORATION, d/b/a
CARNIVAL CRUISE LINES

Defendant.
_________________________________/

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S COUNTER-DESIGNATIONS OF VIDEO DEPOSITION TESTIMONY OF JOHN M. EZELL**

Defendant, CARNIVAL CORPORATION ("Carnival"), by and through undersigned counsel, objects to the following counter-designations of the video deposition testimony of John M. Ezell taken July 7, 2015, to be used at trial:

| Page(s) and Line(s) | Objections |
|---|---|
| Page 9, Line 18 to Page 10, Line 17 | FRE 401; FRE 402; FRE 403 |
| Page 11, Line 19, to Page 12, Line 4 | FRE 401; FRE 402; FRE 403 |
| Page 19, Lines 1-4 | FRE 602 (lack of personal knowledge; speculation) |
| Pages 20, Line 25 to Page 21, Line 1 | FRE 103 (d) (counsel testifying); FRE 401; FRE 402; FRE 403 |
| Page 24, Lines 3-11 | FRE 103 (d) (counsel testifying; assumes a fact not in evidence); FRE 611 (a) (confusing; vague) |
| Page 25, Lines 12-15 | FRE 602 (speculation) |
| Page 28, Lines 10-21 | FRE 103 (d) (counsel testifying; assumes a fact not in evidence); FRE 401; FRE 402; FRE 403; FRE 602 (lack of personal knowledge); FRE 802 |
| Page 34, Lines 8-10 | FRE 103 (d) (counsel testifying) |
| Page 34, Lines 12-14 | FRE 602 (foundation; improper predicate); FRE 701 |



MASELARA
TRIAL LAWYERS

**J. Ezell**

| **Page(s) and Line(s)** | |
|---|---|
| Page 43, Lines 1-5 | FRE 401; FRE 402; FRE 403 |
| Page 45, Line 22 to Page 46, Line 7 | |
| Page 50, Line 8 to Page 51, Line 2 | FRE 401; FRE 402; FRE 403 |
| Page 55, Lines 18-25 | FRE 103 (d) (counsel testifying) |
| Page 56, Lines 1-5 | FRE 103 (d) (counsel testifying); FRE 401; FRE 402; FRE 611 (a) (asked and answered; cumulative) |
| Page 56, Lines 15-25 | FRE 401; FRE 402; FRE 611 (a) (cumulative) |
| Page 57, Line 1 to Page 58, Line 15 | FRE 401; FRE 402; FRE 403 |
| Page 58, Lines 17-25 | FRE 401; FRE 402; FRE 403 |
| Page 59, Lines 1-5 | FRE 401; FRE 402; FRE 403; FRE 611 (a) (confusing; vague) |
| Page 59, Lines 24-25 | FRE 401; FRE 402; FRE 403 |
| Page 60, Lines 9-11 | FRE 602 (speculation); FRE 611 (a) (vague) |
| Page 63, Line 11 to Page 64, Line 14 | FRE 403 |
| Page 66, Line 18 to Page 67, Line 25 | FRE 401; FRE 402; FRE 403 |
| Page 72, Lines 7-13 | FRE 611(a) (compound question) |
| Page 78, Lines 18-25 | FRE 401; FRE 402; FRE 403 |
| Page 83, Lines 3-14 | FRE 602 (speculation); FRE 701 |
| Page 85, Lines 1-25 | FRE 401; FRE 402; FRE 403; FRE 802 |
| Page 86, Lines 1-15 | FRE 608 (improper impeachment; witness said nothing inconsistent with prior statement) |
| Page 87, Lines 17-25 | FRE 608 (improper impeachment; witness said nothing inconsistent with prior statement) |

Respectfully submitted,

MASE LARA, P.A.
*Attorneys for Defendant*
2601 South Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone: (305) 377-3770
Facsimile: (305) 377-0080

By: */s/ Scott P. Mebane*
CURTIS J. MASE
Florida Bar No.: 0478083
cmase@maselara.com
SCOTT P. MEBANE
Florida Bar No.: 273030
smebane@maselara.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2016, I served the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

By: */s/ Scott P. Mebane*
SCOTT P. MEBANE

SHIRLEY RILEY v. CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINES

CASE NO. 15-CV-20807-MARTINEZ/GOODMAN

John H. Hickey, Esq.
Bjorg Eikland, Esq.
Hickley Law Firm, P.A.
1401 Brickell Avenue, Suite 510
Miami, Florida 33131
Tel: (305) 371-8000
Fax: (305) 371-3542
Email: Hickey@hickeylawfirm.com
Email: beikeland@hickeylawfirm.com
*Attorneys for Plaintiff*

18733/907



MASELARA
TRIAL LAWYERS