UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

SHIRLEY RILEY,

Plaintiff,

vs.

CARNIVAL CORPORATION, d/b/a
CARNIVAL CRUISE LINES

Defendant.
_______________________________/

**DEFENDANT'S REBUTTAL DESIGNATIONS TO VIDEO DEPOSITION TESTIMONY OF JOHN M. EZELL**

Defendant, CARNIVAL CORPORATION ("Carnival"), by and through undersigned counsel, hereby files the following rebuttal designations of the video deposition testimony of John M. Ezell taken July 7, 2015, to be used at trial:

**Page, Lines (Ezell)**
Page 13, Lines 10-25
Page 16, Lines 1-4 and 7-17
Page 46, Lines 8-16 and 19-23
Page 51, Lines 3-7 and 23-25
Page 52, Lines 1-2, 5-10 and 19 (beginning with "did the accident…")-25
Page 61, Lines 16-25
Page 62, Lines 1-11
Page 69, Lines 24-25
Page 70, Lines 1-5
Page 71, Lines 23-25
Page 72, Line 1
Page 76, Lines 3-13
Page 93, Lines 5-6, 9-13, 16-20 and 23-24



MASELARA
TRIAL LAWYERS

Respectfully submitted,

MASE LARA, P.A.
*Attorneys for Defendant*
2601 South Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone: (305) 377-3770
Facsimile: (305) 377-0080

By: *_/s/ Scott P. Mebane_*
CURTIS J. MASE
Florida Bar No.: 0478083
cmase@maselara.com
SCOTT P. MEBANE
Florida Bar No.: 273030
smebane@maselara.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2016, I served the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

By: *_/s/ Scott P. Mebane_*
SCOTT P. MEBANE

SHIRLEY RILEY v. CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINES

CASE NO. 15-CV-20807-MARTINEZ/GOODMAN

John H. Hickey, Esq.
Bjorg Eikland, Esq.
Hickley Law Firm, P.A.
1401 Brickell Avenue, Suite 510
Miami, Florida 33131
Tel: (305) 371-8000
Fax: (305) 371-3542
Email: Hickey@hickeylawfirm.com
Email: beikeland@hickeylawfirm.com
*Attorneys for Plaintiff*

18733/918



MASELARA
TRIAL LAWYERS