UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

SHIRLEY RILEY,

Plaintiff,

vs.

CARNIVAL CORPORATION, d/b/a
CARNIVAL CRUISE LINES

Defendant.
_________________________________/

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S COUNTER-DESIGNATIONS OF VIDEO DEPOSITION TESTIMONY OF SANDRA L. MORTON**

Defendant, CARNIVAL CORPORATION ("Carnival"), by and through undersigned counsel, objects to the following counter-designations of the video deposition testimony of Sandra L. Morton taken July 7, 2015, to be used at trial:

| Page(s) and Line(s) | Objections |
|---|---|
| Page 11, Lines 6-18 | FRE 401; FRE 402 |
| Page 12, Lines 15 (beginning with "And it…)-16 | Non-responsive |
| Page 38, Line 21 to Page 39, Line 2 | FRE 401; FRE 402 |
| Page 44, Lines 13-25 | FRE 103 (d) (counsel testifying; assumes a fact not in evidence) |
| Page 45, Lines 4-8 | FRE 103 (d) (counsel testifying; assumes a fact not in evidence) |
| Page 45, Line 11 to Page 46, Line 2 | FRE 103 (d) (counsel testifying; assumes a fact not in evidence) |
| Page 46, Lines 4-12 | FRE 103 (d) (counsel testifying; assumes a fact not in evidence); FRE 611 (a) (vague); FRE 701 |
| Page 48, Lines 8-18 | FRE 401; FRE 402 |
| Page 49, Line 14-Page 50, Line 8 | FRE 401; FRE 402 |
| Page 51, Lines 9-16 | FRE 401; FRE 402 |
| Page 52, Lines 8-13 | FRE 611 (a) (vague); FRE 701 |
| Page 52, Lines 16-19 | FRE 701 |

**S. Morton**

| **Page(s) and Line(s)** | **Objections** |
|---|---|
| Page 53, Lines 3-14 | FRE 701 |
| Page 55, Lines 19-23 | FRE 103 (d) (counsel testifying; assumes a fact not in evidence); FRE 611 (a) (confusing; vague) |
| Page 56, Lines 8-14 | FRE 401; FRE 402 |
| Page 58, Lines 16-22 | FRE 611 (a) (confusing; vague) |
| Page 59, Lines 16-19 | FRE 401; FRE 402; FRE 403 |
| Page 63, Lines 2-8 | FRE 611 (a) (confusing) |
| Page 63, Lines 9-12 | FRE 103 (d) (counsel testifying); FRE 401; FRE 402 |
| Page 63, Lines 19-22 | FRE 401; FRE 402 |
| Page 68, Lines 10-12 | FRE 602 (lack of personal knowledge) |
| Page 68, Lines 21-22 | FRE 401; FRE 402; FRE 602 (lack of personal knowledge); FRE 701 |
| Page 70, Line 20 to Page 71, Line 1 | FRE 103 (d) (counsel testifying); FRE 802 |
| Page 71, Lines 1-10 | FRE 401; FRE 402; FRE 802 |
| Page 71, Lines 11-14 | FRE 103 (d) (counsel testifying); FRE 401; FRE 402 |
| Page 75, Line 15 to Page 76, Line 4 | FRE 401; FRE 402; FRE 403 |
| Page 76, Lines 7-10 | FRE 401; FRE 402 |
| Page 76, Line 11-Page 77, Line 10 | FRE 401; FRE 402; FRE 403 |
| Page 80, Lines 6-25 | FRE 401; FRE 402; FRE 701 |
| Page 81, Lines 3-8 | FRE 401; FRE 402; FRE 701 |
| Page 85, Lines 4-7 | FRE 401; FRE 402; FRE 701; FRE 802 |

Respectfully submitted,

MASE LARA, P.A.
*Attorneys for Defendant*
2601 South Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone: (305) 377-3770
Facsimile: (305) 377-0080

By: *_/s/ Scott P. Mebane_*
CURTIS J. MASE
Florida Bar No.: 0478083
cmase@maselara.com
SCOTT P. MEBANE
Florida Bar No.: 273030
smebane@maselara.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2016, I served the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

By: /s/ *Scott P. Mebane*
SCOTT P. MEBANE

SHIRLEY RILEY v. CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINES

CASE NO. 15-CV-20807-MARTINEZ/GOODMAN

John H. Hickey, Esq.
Bjorg Eikland, Esq.
Hickley Law Firm, P.A.
1401 Brickell Avenue, Suite 510
Miami, Florida 33131
Tel: (305) 371-8000
Fax: (305) 371-3542
Email: Hickey@hickeylawfirm.com
Email: beikeland@hickeylawfirm.com
*Attorneys for Plaintiff*

18733/915



MASELARA
TRIAL LAWYERS