UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

SHIRLEY RILEY,

Plaintiff,

vs.

CARNIVAL CORPORATION, d/b/a
CARNIVAL CRUISE LINES

Defendant.
________________________________/

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S REBUTTAL DESIGNATIONS OF VIDEO DEPOSITION TESTIMONY OF MONICA PETISCO**

Defendant, CARNIVAL CORPORATION ("Carnival"), by and through undersigned counsel, objects to the following rebuttal designations of the video deposition testimony of Monica Petisco taken July 9, 2015 and July 22, 2015, to be used at trial:

**Deposition testimony July 9, 2015**

| **Page(s) and Line(s)** | **Objections** |
|---|---|
| Page 31, Lines 20-25 | FRE 401; FRE 402 |
| Page 32, Lines 1-5 | FRE 401; FRE 402 |
| Page 47, Lines 22-23 | FRE 401; FRE 402; FRE 611 (a) (vague) |
| Page 47, Line 24 to Page 48, Line 1 | FRE 401; FRE 402; FRE 611 (a) (vague) |

**Deposition testimony July 22, 2015**

| **Page(s) and Line(s)** | |
|---|---|
| Page 153, Lines 6-25 | FRE 401; FRE 402; FRE 403; FRE 701; FRE 802 |
| Page 201, Line 17 | FRE 103 (d) (counsel testifying; assumes a fact not in evidence); FRE 403 |
| Page 202, Line 4 | FRE 401; FRE 402; FRE 403 |

Respectfully submitted,

MASE LARA, P.A.
*Attorneys for Defendant*
2601 South Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone: (305) 377-3770
Facsimile: (305) 377-0080

By: *_/s/ Scott P. Mebane________*
CURTIS J. MASE
Florida Bar No.: 0478083
cmase@maselara.com
SCOTT P. MEBANE
Florida Bar No.: 273030
smebane@maselara.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2016, I served the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

By: */s/ Scott P. Mebane*____________
SCOTT P. MEBANE

SHIRLEY RILEY v. CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINES

CASE NO. 15-CV-20807-MARTINEZ/GOODMAN

John H. Hickey, Esq.
Bjorg Eikland, Esq.
Hickley Law Firm, P.A.
1401 Brickell Avenue, Suite 510
Miami, Florida 33131
Tel: (305) 371-8000
Fax: (305) 371-3542
Email: Hickey@hickeylawfirm.com
Email: beikeland@hickeylawfirm.com
*Attorneys for Plaintiff*

18733/906



MASELARA
TRIAL LAWYERS