UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

AT LAW AND IN ADMIRALTY

SHIRLEY RILEY,

Plaintiff,

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINES,

Defendant.
_______________________________/

**PLAINTIFF'S MOTION FOR NEW TRIAL DATE**

The Plaintiff by and through her undersigned counsel, hereby moves for a motion for new trial date and states as follows:

1. Most recently, this case was set for trial October 27, 2016. *See* [Docketless Paperless Order Resetting Calendar Call and Trial dated of August 16, 2016]. This trial date was subsequently cancelled [DE 80]. At the time of filing this motion, there is no new trial date provided. The Plaintiff hereby requests a new trial date.

**Procedural History**

2. This case was set for hearing during the two-week period beginning November 30, 2015 pursuant to this Courts Order Setting Civil Trial Date and Pretrial Scheduling, Requiring Mediation, and Referring certain Motions to Magistrate Judge [DE 19].

3. On November 18, 2015, this Court entered an Order Resetting Trial and certain Pretrial Deadlines upon a *sua sponte* review of the record and rescheduled the trial to commence during the two-week period beginning January 25, 2016.

4. On December 9, 2015, the Defendant filed an Unopposed Motion to have Trial commence in the Second week of the Trial Term [DE 54].

5. On December 17, 2015, this Court granted in part Defendant's Motion to reset the trial date and it was rescheduled to commence during the two-week period beginning February 8, 2016 [DE 55].

6. On February 2, 2016, the Defendant filed a Motion to be Relieved of the First Day of the Trial Term, February 8, 2016 [DE 59].

7. On February 2, 2016, this Court granted in part Defendant's Motion to be Relieved of the First Day of the Trial Term and the trial was rescheduled to commence during the two-week period beginning May 31, 2016 [DE 62].

8. On April 27, 2016, the Defendant filed a Motion to Continue Trial [DE 63] currently set for the two-week period commencing May 31, 2016 and a Notice of Trial Conflict [DE 64].

9. On May 10, 2016, this Court granted in part Defendant's Motion to Continue Trial and this case was set for the two-week trial period starting Monday August 22, 2016 pursuant to this Court's Order Resetting Trial [DE 67].

10. On August 16, 2016, this Court entered a docketless entry paperless Order resetting calendar call and trial.

11. This case was set for the two-week trial period starting Monday, October 27, 2016.

12. On September 28, 2016, the Court issued a paperless order cancelling calendar call and trial dates. The parties were advised that these dates will be reset by a separate order [DE 80].

13. At the time of filing this motion, no calendar call or trial date has been issued.

14. Prior to filing this motion, the undersigned has conferred with opposing counsel who does not object to the relief sought.

Wherefore, the Plaintiff moves for a new trial date and for other and further relief which the Court deems just and proper.

Submitted this 14th day of December, 2016, by:

*s/ Bjørg Eikeland*
Bjorg Eikeland (FBN: 37005)
beikeland@hickeylawfirm.com
**Hickey Law Firm, P.A.**
1401 Brickell Avenue, Ste. 510
Miami, Florida 33131-3504
Telephone: (305) 371-8000
Facsimile: (305)371-3542)
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

We hereby certify that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 14th day of December, 2016. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

*s/ Bjørg Eikeland*
Bjørg Eikeland (FBN 37005)

**SERVICE LIST**

RILEY v. CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES
CASE NO.: 1:15-cv-20807-MARTINEZ/GOODMAN

| | |
|---|---|
| John H. Hickey, Esq. (FBN 305081)<br>hickey@hickeylawfirm.com<br>Bjørg Eikeland, Esq. (FBN 37005)<br>beikeland@hickeylawfirm.com<br>**Hickey Law Firm, P.A.**<br>1401 Brickell Avenue, Suite 510<br>Miami, FL 33131-3504<br>Tel. (305) 371-8000<br>Fax (305) 371-3542<br>*Attorneys for the Plaintiff* | Scott P. Mebane, Esq. (FBN 273030)<br>smebane@maselara.com<br>Mason Kerns, Esq. (FBN 91754)<br>mkerns@maselara.com<br>**Masa, Lara, P.A.**<br>2601 South Bayshore Drive, Suite 800<br>Miami, FL 33133<br>Tel.: (305) 377-3770<br>Fax: (305) 377-0080<br>*Attorneys for the Defendant*<br>*Service by Notice of Electronic Filing* |